UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00958JVS(DFMx) | Date | July 6, 2022 |
| Title | Alma Gonzalez v Costco Wholesale Corporation | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On May 12, 2022, the Court set a Scheduling Conference for July 11, 2022 at 10:30 a.m. Counsel were ordered to file a Joint Rule 26 Meeting Report with the completed Exhibit A by July 1, 2022. To date no Rule 26 Report has been filed. The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **July 15, 2022**, why this action should not be dismissed for lack of prosecution and/or the Answer stricken. As an alternative to a written response, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

   **X**   **Joint Rule 26(f) Report** with the Court's Attached Exhibit A

   **Scheduling Conference set for July 11, 2022 is continued to August 1, 2022 at 10:30 a.m.**

|   | : | 0 |
|---|---|---|
|   | Initials of Preparer | lmb |