JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Alma Gonzalez, | ) | SACV 22-00958JVS(DFMx) |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| v. | ) | LACK OF PROSECUTION |
| Costco Wholesale Corporation, | ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on July 6, 2022, and no response to the Order to Show Cause having been filed, and no joint rule 26(f) report having been filed in this action,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: July 22, 2022

_____
James V. Selna
United States District Judge